# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CHARLES F. CHELEDEN,**
Appellant,

v.

**STATE OF FLORIDA,
DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION,
COMMUNITY ASSOCIATION MANAGEMENT,**
Appellee.

No. 4D2025-1015

[April 30, 2026]

Appeal from the State of Florida, Department of Business and Professional Regulation; Community Association Management, L.T. Case Nos. DBPR #2020-046642 and 2020-052266.

Charles F. Cheleden, Deerfield Beach, pro se.

Matthew Mears, Chief Appellate Counsel, Department of Business and Professional Regulation, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and LOTT, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***